**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☒ **1st** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: | **Rafael Toro** | JOINT DEBTOR: | **Paola Manzano** | CASE NO.: | |
|---|---|---|---|---|---|
| Last Four Digits of SS# | xxx-xx-4238 | Last Four Digits of SS# | xxx-xx-2811 | | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A. $ **374.96** for months **1** to **30** ;
  B. $ **319.40** for months **31** to **60** ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **4,000.00** TOTAL PAID $ **2,500.00**
  Balance Due $ **1,500.00** payable $ **50.00** /month (Months **1** to **30** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**    Arrearage on Petition Date $ _____
Address: _____    Arrears Payment $ _____ /month (Months _ to _)
Account No: _____    Regular Payment $ _____ /month (Months _ to _)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Citibankna Attn: Centralized Bankruptcy; Po Box 20363; Kansas City, MO 64195 Account No: xxxxxx9267 | 6920 NW 177 Street Q Miami, FL 33015 Value based on Private Appraisal. $ 110,000.00 | 0% | $ 0.00 | 0 To 0 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-**    Total Due $ _____
  Payable $ _____ /month (Months _ to _)   Regular Payment $ _____

Unsecured Creditors: Pay $**287.46** /month (Months **1** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

**Special Intentions:**
**Capital One Auto Finance: Debtor will pay claim directly**
**Chase Manhattan Mortgage: Debtor will pay claim directly**
**SHOMA VILLAS 1 AT COUNTRY: Debtor will pay claim directly**

**The Debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The Debtor(s) hereby acknowledges that each year the case is pending the debtor(s) shall provide the trustee with their filed tax returns at the same time as the tax returns are filed with the Internal Revenue Service or other taxing agency and shall provide the trustee with verification of their disposable income.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Rafael Toro                                             /s/ Paola Manzano
**Rafael Toto**                                             **Paola Manzano**
Debtor                                                      Joint Debtor

Date:   April 30, 2014                                      Date:   April 30, 2014